IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KAMCHAND MATHURA, et al.,

       Plaintiffs,

      v.                                   Case No. 24-cv-339

MOBILITAS GENERAL INSURANCE
COMPANY and REBECCA A.
LINGENFELTER,
      Defendants.

---

**DEPOSITION DESIGNATIONS FOR DR LEON BENSON**

---

Having reviewed the parties' proponent deposition designations as well as the objections and counter-designations (dkt. #86), the court makes the following rulings as to witness Dr. Leon Benson. ***Depending on when in the case plaintiff offers Benson testimony, the court may strike additional designations as cumulative.*** **Defendant shall remove all objections and any other asides or discussions between counsel and/or with the court reporter, as well as any "dead time," even where not noted by the court in its rulings.**

| Defendant's Designation | Plaintiff's Objection | Plaintiff's counter-designation | Defendant's Objections | RULINGS |
|---|---|---|---|---|
| Videotaped trial deposition of Dr. Leon Benson<br><br>(p. 5:15 – 42:13)<br>(p. 62:4 – 9) | (p. 12:18 – 20) violation of Motion in Limine regarding right hand injury.<br>**Sustained** | Videotaped trial deposition of Dr. Leon Benson<br><br>(p. 42:15 – 56:13) | | **Strike 7:2 – 7:13; 8:4 – 8:9 (except for "could you identify what Exhibit 3 is for the Jury, please");** |

| Defendant's Designation | Plaintiff's Objection | Plaintiff's counter-designation | Defendant's Objections | RULINGS |
|---|---|---|---|---|
| | | (p. 56:24 – 61:19) | | **8:18 – 8:24 (except for "It basically says that I evaluated"); 11:8 – 11:11; 12:8 – 12:11 (except "can you please tell the"); 12:17 – 12:20 (beginning with "And then subsequently"); 12:22 (except "it seems like he"); 13:22 – 13:24; 14:1; 15:15 – 15:16; 20:24 – 21:3; 38:11 – 38:16; 41:24 – 42:13.** |

Dated this 23 day of July 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge