IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KAMCHAND MATHURA, et al.,

    Plaintiffs,

v.                                                Case No. 24-cv-339

MOBILITAS GENERAL INSURANCE
COMPANY and REBECCA A.
LINGENFELTER,
    Defendants.

## DEPOSITION DESIGNATIONS FOR DR. JOSEF TOFTE

Having reviewed the parties' proponent deposition designations as well as the objections and counter-designations (dkt. ##85 and 86), the court makes the following rulings as to witness Josef Tofte. *Depending on when in the case plaintiff offers Tofte testimony, the court may strike additional designations as cumulative.* **Plaintiff shall remove all objections and any other asides or discussions between counsel and/or with the court reporter, as well as any "dead time," even where not noted by the court in its rulings.**

| Plaintiff's Designation | Defendant's Objection | Defendant's counter-designation | Plaintiff's Objections | RULINGS |
|---|---|---|---|---|
| Videotaped trial deposition of Dr. Josef Tofte<br><br>(p. 5:1 – 33:22)<br>(p. 33:24 – 34:11)<br>(p. 72:19 – 73:11, 13 – 15) | (p. 26:21 – 27:1) The question is leading in form and calls for speculation. **Sustained** | Videotaped trial deposition of Dr. Josef Tofte<br><br>(p. 34:12 – 35:24)<br>(p. 37:10 – 46:12)<br>(p. 59:23 – 61:18)<br>(p. 61:24 – 72:15) | | **Strike 5:1 – 5:7; 5:14 – 5:25; 6:1 – 6:10; 27:2 – 27:4.** |

| Plaintiff's Designation | Defendant's Objection | Defendant's counter-designation | Plaintiff's Objections | RULINGS |
|---|---|---|---|---|
|  | (p. 33:15 – 22) The question is leading in form. **Overruled**<br><br>(p. 73:9 – 11) The question is leading in form. **Sustained as to "that very, very, very, long discussion and"** |  |  |  |

Dated this 23 day of July 2025.

                             BY THE COURT:

                             /s/

                             _____
                             WILLIAM M. CONLEY
                             District Judge