IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KAMCHAND MATHURA, et al.,

    Plaintiffs,

v.                                                Case No. 24-cv-339

MOBILITAS GENERAL INSURANCE
COMPANY and REBECCA A.
LINGENFELTER,
    Defendants.

## DEPOSITION DESIGNATIONS FOR MARY ROSSI

Having reviewed the parties' proponent deposition designations as well as the objections and counter-designations (dkt. #85), the court makes the following rulings as to witness Mary Rossi.  ***Depending on when in the case plaintiff offers Rossi testimony, the court may strike additional designations as cumulative.***  **Plaintiff shall remove all objections and any other asides or discussions between counsel and/or with the court reporter, as well as any "dead time," even where not noted by the court in its rulings.**

| Plaintiff's Designation | Defendant's Objection | Defendant's counter-designation | Plaintiff's Objections | RULINGS |
|---|---|---|---|---|
| Videotaped trial deposition of Mary Rossi RN, LNCC, CPC<br><br>(p. 4:22 – 12:13)<br>(p. 40:14 – 16)<br>(p. 41:7 – 43:14) | (p. 42:11 - 42:24) The question is leading and lacks the proper foundation.<br><br>**Overruled** | Videotaped trial deposition of Mary Rossi RN, LNCC, CPC<br><br>(p. 12:13 – 40:12)<br>(p. 49:4 – 49:22) | (p. 19:20 – 20:21) Objection to motion to strike answer | **Strike 12:7 – 12:10; 12:17 – 13:1; 13:12 – 13:25; 14:25 – 15:10; 16:1 – 16:18 (except for "did you?");** |

| Plaintiff's Designation | Defendant's Objection | Defendant's counter-designation | Plaintiff's Objections | RULINGS |
|---|---|---|---|---|
| (p. 43:23 – 44:3) (p. 44:18 – 45:2) (p. 45:6 – 47:19) (p. 47:23 – 48:13) (p.48:16 – 49:1) | (p. 44:21-45:2) The question is leading and lacks the proper foundation. **Overruled** (p. 47:10 – 47:19) The questions is leading and calls for speculation. **Overruled** (p. 48:8 – 48:13) The question is irrelevant **Sustained** | | (p. 24:22 – 25:5) Objection to motion to strike answer | **19:16 – 20:21; 21:8 – 21:12; 24:16 – 25:5; 27:13 – 28:18 (except "Did"); 29:1 – 29:7; 32:4 – 32:22; 33:3 – 33:8; 36:3 – 36:7; 36:18 – 36:23; 40:11 – 40:13 (beginning with "Adam thank"); 40:17 – 41:10 (except "I'll represent to you that"); 41:14 – 41:17; 41:22 – 42:5; 42:16 – 42:25; 43:23 – 44:3; 48:22 – 49:1; 49:15 – 49:22.** |

Dated this 23 day of July 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2